400 A.2d 634

Commonwealth v. Doll, Appellant.

Petition for Allowance of Appeal Denied May 21, 1979.

Submitted December 31, 1977. George B. Ditter, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 635

Commonwealth v. Engel, Appellant.

Submitted December 6, 1977. Peter T. Campana, for appellant; William S. Kieser, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.